# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY ANN THOMA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 8:16-CV-2017-SK<br><br>**JUDGMENT** |

It is **ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: November 16, 2017　　　　　_____
　　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE